# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA OSEGUERA ) | Case No. CV 08-4783-JTL |
| ) | |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner, and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: March 5, 2009

                                                  /s/
                                     JENNIFER T. LUM
                                     UNITED STATES MAGISTRATE JUDGE